Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiffs was sustained.

**No. 64285.**—The Otto Gerdau Company *v.* United States, protests 59/16913, 59/16119, and 59/20900 (New York).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 64286.**—Charles H. Demarest, Inc. *v.* United States, protest 59/28557 (New York).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 64287.**—Fishery Products, Incorporated *v.* United States, protests 59/6573, etc. (Cleveland).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.